

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00572-CV

Sammy Lee **WOODS**, Jr.,
Appellant

v.

Celineise **WOODS**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 24-1259-CV-C
Honorable William D. Old III, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order all costs of this appeal to be taxed against appellant.

SIGNED March 5, 2025.

_____
Lori Massey Brissette, Justice